# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144252 & (16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                            SC: 144252
                                                             COA: 305793
                                                             Chippewa CC: 10-000305-FH
TODD MICHAEL PORTER,
        Defendant-Appellant.

_____/

On order of the Court, the motion to file a pro per supplement to the application for leave to appeal is GRANTED. The application for leave to appeal the September 23, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

h0416